# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2019

## NO. 03-18-00560-CV

**Juan A. Martin-de-Nicolas, Appellant**

**v.**

**Mark Octaviano, Joaquin Aguirre, Victorio Tostado, and
Lylia B. Jimenez-Gutierrez, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the summary judgment orders signed by the trial court on Mary 29, 2018.

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs

relating to this appeal, both in this Court and the court below.